ACCEPTED
12-15-00042-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/24/2015 4:28:34 PM
CATHY LUSK
CLERK

## NO. 12-15-00042-CR
ON APPEAL FROM THE 217TH JUDICIAL DISTRICT COURT
ANGELINA COUNTY, TEXAS
CAUSE NO. 2013-0280

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/24/2015 4:28:34 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| ELROY EDWARDS | § | IN THE 12TH COURT OF APPEALS |
| | § | |
| vs. | § | OF |
| | § | |
| STATE OF TEXAS | § | TYLER, TEXAS |

### MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes, Elroy Edwards, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

John D. Reeves
1007 Grant Street
Lufkin, Texas 75901
Tel: (936) 632-1609
Fax: (936) 632-1640
State Bar No. 16723000
Attorney for Petitioner

### CERTIFICATE OF SERVICE

This is to certify that on March 24, 2015 a true and correct copy of the foregoing document was served on the District Attorney's Office, Angelina County, 215 East Lufkin Avenue, Lufkin, TX 75901, by hand delivery.

John D. Reeves

**STATE OF TEXAS** §

§

**COUNTY OF ANGELINA** §

### AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared John D. Reeves, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct and consented by my Elroy Edwards."



_____

John D. Reeves

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 24 ,2015, to certify which witness my hand and seal of office.

Jennifer S. Anderson

_____

Notary Public, State of Texas

JENNIFER S. ANDERSON
MY COMMISSION EXPIRES
August 10, 2016

CAUSE NO. 2013-0280

THE STATE OF TEXAS                    §

VS.                                   §

_Elroy Edwards_                       §

F I L E D
15 MAR 24 PM 3: 23

IN THE DISTRICT COURT

OF

ANGELINA COUNTY, TEXAS

## WAIVER OF RIGHT TO APPEAL

Having been informed of whatever right to appeal may exist, and having agreed to waive my right to appeal both guilt/innocence and punishment, and after having consulted with my attorney, I hereby voluntarily, knowingly and intelligently waive my right to appeal.

_____
DEFENDANT

It clearly appears to the Court that the Defendant understands the consequences of waiving the right to appeal. The Defendant voluntarily, knowingly and intelligently waived such right. Said waiver is accepted by the Court and ordered filed of record in the minutes of this case.

Signed this the ____26____ day of ___March___, 20_15_

_____
JUDGE PRESIDING